# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Wendy H. Chau, SBN 278801<br>Law Offices of Wendy H. Chau<br>580 California Street, Suite 1200<br>San Francisco, CA 94104<br>TELEPHONE NO: 415-539-6116   FAX NO. (Optional): 888-958-1953<br>E-MAIL ADDRESS (Optional): info@attorneychau.com<br>ATTORNEY FOR (Name): Faye Vaden and Alma Jackson | **FILED**<br>MAR - 5 2019<br>K. BIEKER CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA<br>By_____ G. Avala, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa<br>STREET ADDRESS: 725 Court Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Martinez, CA 94553<br>BRANCH NAME: Wakefield Taylor Courthouse | |
| PLAINTIFF: Faye Vaden and Alma Jackson<br><br>DEFENDANT: Haier US Appliance Solutions Inc., Linn Star Transfer Inc., Mabe SA de CV and<br>[✓] DOES 1 TO 25 | SUMMONS ISSUED |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE   [✓] OTHER (specify):<br>[ ] Property Damage   [ ] Wrongful Death<br>[✓] Personal Injury   [ ] Other Damages (specify): | PER LOCAL RULE, THIS CASE IS ASSIGNED TO DEPT 33, FOR ALL PURPOSES. |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br>C19-00454 |

1. **Plaintiff** (name or names): Faye Vaden and Alma Jackson
   alleges causes of action against **defendant** (name or names):
   HAIER US Appliance Solutions Inc. dba GE Appliances, Linn Star Transfer Inc., MABE SA de CV
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE: Vaden v. HAIER US Appliance Solutions Inc. dba GE Appliances | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant (name): Haier US Appliance
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☑ **except** defendant (name): Linn Star Transfer Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☑ **except** defendant (name): Mabe SA de CV
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-17 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 18-25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Vaden v. HAIER US Appliance Solutions Inc. dba GE Appliances | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☑ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☐ loss of earning capacity
    g. ☑ other damage *(specify)*:

    Punitive- punishment for incredibly reckless behavior and callously indifferent.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Yes

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☑ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 3/4/2019

Wendy H. Chau
(TYPE OR PRINT NAME)

▶ *(Signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Vaden v. Haier US Appliance Solution Inc. dba GE Appliances, et al. | CASE NUMBER: |

ONE _____ **CAUSE OF ACTION—General Negligence** Page 4
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Faye Vaden and Alma Jackson

alleges that defendant *(name):* Linn Star Transfer Inc.

☑ Does 1 to 3

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 3/11/17
at *(place):* 551 12th Street, Richmond, CA (herein as the subject property or subject address)

*(description of reasons for liability):*

On or around 3/11/17, the Hotpoint/GE Appliance Top Load HTW200ASKWW 27" Washer with HTX21GASKWW 27" Gas Dryer Laundry Pair in White was delivered to plaintiffs at the above address by Linn Star Transfer Inc. Linn Star Transfer service man delivered and quickly installed/connected the subject washer and dryer to the wall outlet and left after installation. About 12 or so hours later, Plaintiffs started feeling ill. One of Plaintiff's sibling who was visiting told her they smell gas and called for PG&E. PG&E came on 3/12/17 at 2am on the morning. The PG&E service mechanician guy, Phuong T. said to Faye Vaden and also wrote it on the PG&E service card that "Found gas leak at the flexline connector, found lose, cannot correct, disconnected appliance and issued hazard notice. Referred customer to seek out licensed contractor for service." Linn Star Transfer returned again to replace the machine and made Plaintiff Vaden sign on the invoice that "no gas leak on connection" and told her that the gas leak was coming from the dyer and to call GE customer service.

Based on that information, plaintiff believes Linn Star incorrectly/improperly/recklessly install the gas dryer. At all times relevant to this action, Defendant Linn Star had a duty to exercise reasonable care, and to comply with the existing standards of care in the installation of appliances The combination of defective product and Linn Star Transfer service man not properly tighten the flexline connector, were a substantial contributing cause of the injuries and damages suffered by Plaintiffs. The injuries and damages suffered by Plaintiffs were the reasonably foreseeable results of Defendants' negligence. But for defendants failure to properly install, test, and quality check or warn, Plaintiff would not have been injured. As a direct and proximate cause of the Defendants' negligence, Plaintiffs suffered respiratory illness. Plaintiffs require future medical care, including oxygen supplies, surgery, physical therapy etc. In addition, Plaintiff has suffered mental distress and anguish and has suffered permanent impairment of the use and function of his affected upper extremities, and other damages. Wherefore, Plaintiffs pray for judgment against Defendants, jointly and severally, for Ten Million Dollars ($10,000,000) compensatory damages or according to proof, punitive for incredibility reckless, plus interest, costs and attorneys' fees.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

| | PLD-PI-001(5) |
|---|---|
| SHORT TITLE: Vaden v. Haier US Appliance Solutions, Inc. dba GE Appliances, et al. | CASE NUMBER: |

__2nd, 3rd and 4th__     **CAUSE OF ACTION—Products Liability**     Page __5__
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Faye Vaden and Alma Jackson

Prod. L-1. On or about *(date):* 3/12/17     plaintiff was injured by the following product:

Gas leak coming from Hotpoint® 6.2 cu. ft. capacity aluminized alloy gas dryer HTX21GASKWW causing injury to both plaintiffs respiratory injuries. Ms. Vaden injury is more severe than Ms. Jackson. Gas leak and maybe other type of gas from gas dryer is considered dangerous/hazardous.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [ ] used in the manner intended by the defendants.
   [✓] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   [ ] purchaser of the product.          [✓] user of the product.
   [✓] bystander to the use of the product.   [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [✓] **Count One—Strict liability** of the following defendants who
   a. [✓] manufactured or assembled the product *(names):*
      Haier US Appliance Solutions, Inc. dba GE Appliances and Mabe S.A. de C.V.
         [✓] Does 4 to 10
   b. [✓] designed and manufactured component parts supplied to the manufacturer *(names):*
      Mabe, S.A. de C.V.
         [✓] Does 11 to 17
   c. [✓] sold the product to the public *(names):*
      HAIER US APPLIANCE SOLUTIONS, INC. dba GE Appliances; Home Depot
         [✓] Does 18 to 25

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
   Haier US Appliance Solutions Inc., Linn Star Transfer Inc., and Mabe S.A. de C.V.
         [✓] Does 1 to 25

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
   Haier US Appliance Solutions, Inc. dba GE Appliances (herein as "GE")
         [✓] Does 1 to 25
   a. [✓] who breached an implied warranty
   b. [ ] who breached an express warranty which was
      [ ] written   [ ] oral

Prod. L-7. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment-Prod. L-7 [✓] as follows:
      See Cause Of Action # One for more detail: Linn Star Transfer Inc. contractor for GE, who may have recklessly installed/connected the subject gas dryer machine.

Page 1 of 1