Cassandra M. Angel, SBN 237976
Dylan R. Williams, SBN 282123
**GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP**
101 Montgomery Street, Suite 2650
San Francisco, CA 94104
Telephone: (415) 421-3100
Facsimile: (415) 421-3150
angel@gkhs.com; williams@gkhs.com

Attorneys for Defendant
LINN STAR TRANSFER, INC.

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAYE VADEN and ALMA JACKSON,

       Plaintiff,
vs.

HAIER US APPLIANCE SOLUTIONS, INC., LINN STAR TRANSFER, INC., MABE SA de CV, and DOES 1 - 25,

       Defendants.

Case No.: 4:19-cv-01846-HSG

**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING MEDIATION DEADLINE [L.R. 6-2]**

       Plaintiffs FAYE VADEN and ALMA JACKSON, and Defendants LINN STAR TRANSFER, INC. and HAIER US APPLIANCE SOLUTIONS, INC., dba GE APPLIANCES, by and through their respective counsel, hereby stipulate as follows pursuant to Civil L.R. 6-2:

       1.     The Court ordered the parties to complete private mediation by September 15, 2019.

       2.     The parties previously scheduled mediation with court-appointed mediator Robert L. Hines ("Mr. Hines") of the law firm *Farella, Braun + Martel, LLP* for September 11, 2019.

       3.     On September 5, 2019 Mr. Hines advised the parties that a conflict had arisen, and that he was no longer available for mediation on September 11, 2019. As a result the mediation was continued to September 16, 2019, the first day that all parties and the mediator were available.

4.  Based on the foregoing, the parties, by and through their respective counsel, hereby stipulate that the deadline to mediate this matter be continued until and through September 16, 2019.

**IT IS SO STIPULATED.**

Dated: September 11, 2019                    DAVID RATNER LAW FIRM, LLP

                                             By: /s/
                                                 David S. Ratner
                                                 Attorneys for Plaintiffs
                                                 FAYE VADEN and ALMA JACKSON

Dated: September 11, 2019                    LAW OFFICE OF DAMIEN MOROZUMI

                                             By: /s/
                                                 Damien Morozumi
                                                 Attorneys for Defendant
                                                 HAIER US APPLIANCE SOLUTIONS, INC.,
                                                 dba GE APPLIANCES

Dated: September 11, 2019                    GORDON-CREED, KELLEY,
                                             HOLL & SUGERMAN, LLP

                                             By: /s/
                                                 Dylan R. Williams
                                                 Attorneys for Defendant
                                                 LINN STAR TRANSFER, INC.

**SIGNATURE ATTESTATION:** I, Dylan Williams, attest pursuant to Local Rule 5-1(i)(3) that all the signatories above concur with the filing of this stipulation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/13/2019

                                             Hon. Haywood S. Gilliam, Jr.
                                             United States District Judge

Page 2
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE MEDIATION DEADLINE