UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE VADEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LINN STAR TRANSFER, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-01846-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 32 |

Pending before the Court is a motion to withdraw as counsel for Plaintiffs Faye Vaden and Alma Jackson, filed by Mr. David Ratner. *See* Dkt. No. 32. Mr. Ratner's motion, however, does not indicate that Plaintiffs have agreed to discharge him or that withdrawal is otherwise warranted. *See id.* Additionally, Mr. Ratner's co-counsel, Ms. Wendy Chau, has suggested that she is unable to meet the deadlines and obligations in this action without Mr. Ratner's further assistance. *See, e.g.*, Dkt. No. 40-1 at ¶¶ 3–4, 9, 11. The Court held a case management conference on October 8, 2019, to discuss the case schedule and pending motions. *See* Dkt. Nos. 37, 39, 40. Mr. Ratner did not attend.

The Court therefore **ORDERS** Mr. Ratner to show cause why the motion to withdraw should not be denied for failure to obtain client consent and to avoid reasonably foreseeable prejudice to his clients from his withdrawal. The Court also **ORDERS** Mr. Ratner to show cause why he should not be sanctioned for failing to appear at the October 8, 2019, hearing while still counsel of record for Plaintiffs in this matter.

//

//

//

Counsel must file a statement of two pages or less by October 14, 2019, responding to this order to show cause.

**IT IS SO ORDERED.**

Dated: 10/9/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge