United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE VADEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LINN STAR TRANSFER, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-01846-HSG<br><br>**ORDER SETTING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 43 |

Pending before the Court is a motion to withdraw as counsel for Plaintiffs Faye Vaden and Alma Jackson, filed by Mr. David Ratner. *See* Dkt. No. 32. On October 9, 2019, the Court issued an order to show cause why (1) the motion to withdraw should not be denied for failure to obtain client consent and to avoid reasonably foreseeable prejudice to his clients from his withdrawal; and why (2) Mr. Ratner should not be sanctioned for failing to appear at the October 8, 2019, hearing while still counsel of record for Plaintiffs in this matter. *See* Dkt. No. 43. In response, Mr. Ratner explained that he has since obtained client consent for his withdrawal, although he does not yet have a signed document to this effect. *See* Dkt. No. 45.

The California Rules of Professional Conduct provide limited grounds under which a lawyer may withdraw from representing a client. *See* California Rules of Professional Conduct 1.16(b). And even if a client "knowingly[] and freely assents to termination of the representation," counsel must still "take[] reasonable[] steps to avoid reasonably[] foreseeable prejudice to the rights of the client . . . ." *Id.* at Rule 1.16(b)(6), (d). Additionally, under the Civil Local Rules "[c]ounsel may not withdraw from an action until relieved by order of Court . . . ." *See* Civil L.R. 11-5(a). As the Court indicated in its order to show cause, the Court remains concerned that Plaintiffs' counsel may have not ensured that their clients will not be prejudiced as a result of Mr.

Ratner's withdrawal.

Accordingly, the Court **SETS** a hearing on the order to show cause on October 22, 2019, at 2:00 p.m. Both Ms. Chau and Mr. Ratner shall attend the hearing in person. The Court further **DIRECTS** Mr. Ratner to bring with him the signed consent order granting substitution of attorney (form AO154) or another signed statement indicating that his clients consent to his withdrawal.

**IT IS SO ORDERED.**

Dated: 10/16/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge