UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE VADEN, et al., <br>    Plaintiffs, <br>  v. <br> LINN STAR TRANSFER, INC., et al., <br>    Defendants. | Case No. 19-cv-01846-HSG <br><br> **ORDER GRANTING MOTION TO WITHDRAW AND DISCHARGING ORDER TO SHOW CAUSE** <br><br> Re: Dkt. Nos. 32, 43 |

  Pending before the Court is a motion to withdraw as counsel for Plaintiffs Faye Vaden and Alma Jackson, filed by Mr. David Ratner. *See* Dkt. No. 32. On October 9, 2019, the Court issued an order to show cause why (1) the motion to withdraw should not be denied for failure to obtain client consent and to avoid reasonably foreseeable prejudice to his clients from his withdrawal; and why (2) Mr. Ratner should not be sanctioned for failing to appear at the October 8, 2019, hearing while still counsel of record for Plaintiffs in this matter. *See* Dkt. No. 43.

  In response to the order to show cause, Mr. Ratner explained that he understood that his co-counsel, Ms. Wendy Chau, would appear at the October 8 hearing to represent Plaintiffs, and that he has since obtained client consent for his withdrawal from this action. *See* Dkt. Nos. 45. On October 16, 2019, Mr. Ratner filed the consent form signed by both Plaintiffs, indicating that they consent to Mr. Ratner's withdrawal, and that Ms. Chau will continue to represent them. *See* Dkt. No. 51-1.

//

//

//

//

In light of this fully executed consent form, the Court **DISCHARGES** the order to show cause and **GRANTS** the motion to withdraw.

**IT IS SO ORDERED.**

Dated: 10/22/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge