1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    FAYE VADEN, et al.,                         Case No. 19-cv-01846-HSG

8                    Plaintiffs,                 **ORDER GRANTING APPLICATION
                                                 FOR SETTLEMENT APPROVAL**
9          v.
                                                 Re: Dkt. No. 60
10   LINN STAR TRANSFER, INC., et al.,

11                   Defendants.

12

13         On March 5, 2019, Plaintiffs Faye Vaden and Alma Jackson filed this action against

14   Defendants Linn Star Transfer, Inc. and Haier US Appliance Solutions, Inc., alleging that

15   Defendants' negligent manufacturing and installation of a gas dryer led to a gas leak in Plaintiffs'

16   home. *See* Dkt. No. 1-1, Ex. A. Plaintiffs allege that as a result of the gas leak they suffered

17   respiratory problems and incurred medical expenses. *Id.* at 5. On December 4, 2019, the Court

18   granted Plaintiffs' motion to appoint Ms. Vaden as the guardian ad litem ("GAL") for her mother

19   Ms. Jackson, for purposes of this action and pursuant to Federal Rule of Civil Procedure 17(c)(2).

20   *See* Dkt. No. 57. Because the Court appointed a GAL, the Court must also evaluate and approve

21   any settlement as to Ms. Jackson. *Cf. Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir.

22   2011) ("District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to

23   safeguard the interests of litigants who are minors . . . In the context of proposed settlements in

24   suits involving minor plaintiffs, this special duty requires a district court to conduct its own

25   inquiry to determine whether the settlement serves the best interests of the minor.") (quotations

26   omitted).

27         Following the parties' successful settlement negotiations, Plaintiffs filed an application for

28   settlement approval. *See* Dkt. No. 60. The Court held a hearing on the motion on January 16,

2020.  Counsel for all parties and Plaintiffs were present.  Having reviewed the totality of the circumstances in this case, including the parties' filings and counsel's representations during the hearing, the Court finds that the proposed settlement is sufficiently fair and reasonable, and in the best interest of Ms. Jackson.

The Court accordingly **GRANTS** the application for settlement approval as to Ms. Jackson in the amount of $3,500 gross, less the identified reasonable attorneys' fees and litigation costs. The net settlement proceeds, $1,733.45, shall be made payable to Alma Jackson and deposited in her bank account within 30 days of the date of this order.  The parties are further **DIRECTED** to submit a stipulated dismissal within 30 days of the date of this order, or show cause why they cannot do so in this timeframe.

**IT IS SO ORDERED.**

Dated:  1/17/2020

_Haywood S. Gill Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge