Wendy H. Chau, Esq. SBN 278801
LAW OFFICES OF WENDY H. CHAU
580 California Street, Ste. 1200
San Francisco 94104
Ph. (415)539-6116
info@attorneychau.com
Attorneys for Plaintiffs
FAYE VADEN and ALMA JACKSON

Cassandra M. Angel, SBN 237976
Dylan R. Williams, SBN 282123
GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP
1901 Harrison Street, 14th Floor
Oakland, CA  94612
Telephone:  (415) 421-3100
angel@gkhs.com; williams@gkhs.com
Attorneys for Defendant and Cross-Claimant
LINN STAR TRANSFER, INC.

Damien Morozumi, SBN 148554
LAW OFFICE OF DAMIEN MOROZUMI, APC
870 Market Street, Ste 824
San Francisco, CA 94102
Telephone: (4150) 434-1449
dmorozumi@morozumilaw.com
Attorneys for Defendant and Cross-Claimant
HAIER US APPLIANCE SOLUTIONS, INC.,
d/b/a GE APPLIANCES

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE VADEN, individual, and ALMA JACKSON, Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HAIER US APPLIANCE SOLUTIONS, INC. dba GE Appliance, LINN STAR TRANSFER, MABE SA DE CV, and DOES 1-10<br>            Defendants. | Case No.:  4:19-cv-01846-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** **[FRCP 41(a)(1)(A)(ii)]** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**1**

The parties to the above-entitled action, by and through their attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and the parties' negotiated settlement of this matter, hereby stipulate to the dismissal of the above-entitled action with prejudice, including all claims and counterclaims stated against all parties, with each party to pay her or its own attorney's fees and costs, and request that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

February 26, 2020    LAW OFFICES OF WENDY H. CHAU

/s/
Wendy H. Chau
Attorney for Plaintiffs
FAYE VADEN and ALMA JACKSON

February 26, 2020    LAW OFFICES OF DAMIEN MOROZUMI

/s/
Damien Morozumi
Attorneys for Defendant and Cross-Claimant
HAIER US APPLIANCE SOLUTIONS, INC.,
d/b/a GE APPLIANCES (erroneously sued as
HAIER US APPLIANCE SOLUTIONS, INC.)

February 26, 2020    GORDON-CREED, KELLEY, HOLL &
SUGERMAN, LLP

/s/
Dylan R. Williams
Attorney for Defendant and Cross-Claimant
LINN STAR TRANSFER, INC.

## SIGNATURE ATTESTATION

I, Wendy Chau, attest pursuant to Local Rule 5-1(i)(3) that all the signatories above concur with the filing of this stipulation.